IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 66-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LONNIE ALTON HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter came before the Court on October 16, 2019 for a status conference.

On October 7, 2019, the undersigned entered a Show Cause Order directing the parties to be prepared at the status conference to discuss issues relating to the acceptance of Defendant's guilty plea and the continued representation of Defendant by his attorney, Theadore J. Beson. (Doc. 123).

On October 15, 2019, the Government filed a response to the Show Cause Order. (Doc. 124).

During the status conference, defense counsel advised that Defendant does not wish to withdraw his guilty plea or challenge the undersigned's acceptance of it. In addition, Defendant does not request that Mr. Beson's representation be discontinued.

Having considered the Government's response and applicable authority, and the information provided at the status conference, the Court finds that no further action is warranted at this time.

Accordingly, the Show Cause Order (Doc. 123) is **DISCHARGED**.

Signed: October 17, 2019

W. Carleton Metcalf
United States Magistrate Judge