# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:18 CR 66

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| LONNIE ALTON HENDERSON | ) | |
| | ) | |

This matter is before the Court on the Government's Motion for Leave to File Sentencing Memorandum Under Seal (Doc. 143) and on Defendant's Motion for Leave to File Supplemental Letters for Consideration by the Court [Dkt. 144] Under Seal (Doc. 145) (collectively the "Motions to Seal").

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000).

Here, the undersigned has considered the Motions to Seal, the public's interest in access to the subject filings, and alternatives to sealing. The filings associated with the Motions to Seal have been submitted in connection with Defendant's sentencing, which is scheduled for April 22. While these documents have only been on the docket a short time, the undersigned agrees

that the subject matter of the filings is such that sealing is appropriate. Further, the Court finds that less restrictive means of handling the information are not sufficient as matters properly subject to sealing pervade the subject documents.

**IT IS THEREFORE ORDERED THAT:**

1. The Government's Motion for Leave to File Sentencing Memorandum Under Seal (Doc. 143) is **GRANTED**, and the Government's Sentencing Memorandum (Doc. 142) is **SEALED** and shall remain sealed until further Order of the Court; and

2. Defendant's Motion for Leave to File Supplemental Letters for Consideration by the Court Under Seal (Doc. 145) is **GRANTED**, and Defendant's Supplemental Letters for Consideration by the Court (Docs. 144, 144-1, 144-2) are **SEALED** and shall remain sealed until further Order of the Court.

Signed: April 21, 2020

W. Carleton Metcalf
United States Magistrate Judge