IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 66-4

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LONNIE ALTON HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on a Motion to File Pleading Under Seal (the "Motion to Seal," Doc. 172), which has been filed by counsel for Defendant. The Motion to Seal requests the sealing of a separate motion that has been submitted by defense counsel and which appears as Document 171.

In evaluating a motion to seal, the Court must "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." Ashcraft v. Conoco, Inc., 218 F.3d 288, 302 (4th Cir. 2000); see also LCrR 49.1.1.

The undersigned has reviewed the Motion to Seal and Document 171 and has considered the public's interest in access to Document 171 and alternatives to sealing.

The Motion to Seal has appeared on the public docket since it was filed on February 8, 2023. No response or objection has been submitted by the Government.

Under the circumstances presented, the undersigned finds that Defendant has made a sufficient showing to warrant the sealing of Document 171.

**IT IS THEREFORE ORDERED THAT** the Motion to File Pleading Under Seal (Doc. 172) is **GRANTED**, and Document 171 shall remain **SEALED** until further Order of the Court.

Signed: March 13, 2023

W. Carleton Metcalf
United States Magistrate Judge