IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CR 66-4

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LONNIE ALTON HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on a Motion to File Pleading Under Seal (the "Motion to Seal," Doc. 181), which requests the sealing of a separate motion that has been submitted by defense counsel and which appears as Document 180.

The Motion to Seal is the third such motion to be filed recently. See Docs. 172, 177. For the same reasons that the prior motions to seal were allowed, the undersigned finds that Defendant has made a sufficient showing to warrant the sealing of Document 180 at this time.

**IT IS THEREFORE ORDERED THAT** the Motion to File Pleading Under Seal (Doc. 181) is **GRANTED**, and Document 180 shall remain **SEALED** until further Order of the Court.

Signed: June 15, 2023

W. Carleton Metcalf
United States Magistrate Judge